**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 19-34847 |
| Annie Williams ) | Chapter 7 |
| ) | Judge Deborah L. Thorne |
| ) | |
| ) | |

**Amended Notice of Motion**

       To:    See Attached Service List

       PLEASE TAKE NOTICE that on Thursday, April 29, 2021 at 9:00 a.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, and present the motion of Annie Williams to Reopen the Chapter 7 Petition, a copy of which is attached.

       **This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

       **To appear by video**, use this link: https://www.zoom.gov.com. Then enter the meeting ID.

       **To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID.

       **Meeting ID and password.** The meeting ID for this hearing is 160 9362 1728 – no password required. The meeting ID and further information can also be found on Judge Thorne's web page on the court's website.

       **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date, If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

       By:
          /s/ James Calvo
          James Calvo

James W. Calvo
Calvo Law Offices, P.C.
1700 Park Street, Suite 211
Naperville, Illinois 60563
info@jamescalvolaw.com
Phone: (630) 857 – 3788

       Date: April 20, 2021

1

## CERTIFICATE OF SERVICE

I, James W. Calvo certify that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on April 20, 2021, at or before 5:00 p.m.

By:
        /s/ James Calvo
        James Calvo

Date: April 20, 2021

**Registrants Served Through the Court's Electronic Notice for Registrants**

Patrick Layng - Office of the United States Trustee
USTPRegion11.ES.ECF@usdoj.gov

N. Neville Reid - Chapter 7 Trustee
nreid@foxswibel.com

**Mailing List**

A/r Concepts
18-3 Dundee Road
Barrington, IL 60010

Amerifirst Home Imprevement Finance
Attn. Bankruptcy
11171 Mill valley Road
Omaha, NE 68154

Amita Health Adventist Medical Cent
120 North Oak Street
Hinsdale, IL 60521

Amita Health Adventist Medical Cent
5101 Willow Springs Road
La Grange, Illinois 60525

Atg Credit
Attn: Bankruptcy
1700 West Cortland Street, Ste 201
Chicago, IL 60622

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Merchants Credit
223 West Jackson Blvd
Suite 700
Chicago, IL 60606

Citibank/Sears
Attn: Bankruptcy
Po Box 6275
Sioux Falls, SD 57117

Comenity Bank/Avenue
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/HSN
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/New York
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Comenity Bank/lndclb
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

Midland Funding
2365 Northside Dr. Suite 300
Sandeigo, CA 92108

Mr. Cooper
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019

Numark Credit Union
Attn: bankruptcy
Po Box 2729
Joliet, IL 60434

Springleaf Financial S
Po Box 969
Evansville, IN 47706

Synchrony Bank/JC Pennys
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/Care Credit
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/QVC
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/TJX
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896